

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| CLYDE PORTER | DOCKET NO. 10-CV-506; SEC. P |
| VERSUS | JUDGE DRELL |
| TIM WILKINSON, ET AL. | MAGISTRATE JUDGE KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights complaint be and is hereby **DENIED** and **DISMISSED WITH PREJUDICE** as frivolous and failing to state a claim for which relief can be granted pursuant to 28 U.S.C. §1915(e)(2)(b) **ONLY as to the following defendants: Mona Heyse, Winn Correctional Center, and Corrections Corporation of America.**

THUS DONE AND SIGNED in Chambers at Alexandria, Louisiana, on this 23rd day of August, 2010.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE